HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHANNA COPELAND, as guardian of Omana Thankamma,

  Plaintiff,

  v.

JAYAKRISHNAN NAIR,

  Defendant.

CASE No. 2:23-cv-00190-RAJ

ORDER

This matter comes before the Court on Plaintiff Channa Copeland's Motion for Attorneys' Fees and Costs (Dkt. ## 5, 9) and Plaintiff's Motion to Declare Jayakrishnan Nair a vexatious litigant. Dkt. # 5. This Court previously granted Plaintiff's request for attorneys' fees pursuant to 28 U.S.C. § 1447(c), ordered Mr. Nair to show cause why a vexatious litigant order should not be entered against him, and made factual findings as required by *De Long v. Hennessey*, 912 F.2d 1144 (9th Cir. 1990). Dkt. # 8. Plaintiff Copeland submitted documentation in support of her request for attorneys' fees and costs. Dkt. # 10. Defendant Nair has opposed the granting of attorneys' fees to Plaintiff and opposes the entry of a vexatious litigant order against him. Dkt. # 14. On November 8, 2023, the Court held a virtual status hearing and heard arguments from the parties

regarding the pending motions. Dkt. # 20. Having considered the submissions of the parties, the written and oral arguments of counsel, the relevant portions of the record, and the applicable law, the Court **GRANTS** Plaintiff's request for attorneys' fees in the amount of $8,796.00 and **ENTERS** the following vexatious litigant order against Jayakrishnan Nair:

1.) Jayakrishnan Nair must seek and obtain this Court's written permission prior to bringing any removal action or federal action related to Omana Thankamma.

2.) In seeking this Court's permission, Nair must establish that his filings have sufficient merit to proceed.

3.) If Nair fails to make such a showing, or the notice of removal or complaint suffers from the same defects presented in Nair's prior federal filings, this Court may deny permission to proceed and dismiss any removal action or federal action.

DATED this 14th day of November, 2023.

The Honorable Richard A. Jones
United States District Judge