UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHANNA COPELAND,

          Petitioner,

v.

JAYAKRISHNAN K. NAIR,

          Respondent.

Case No. C23-0190-RAJ

ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS ON APPEAL

The Court, having reviewed Respondent's application to proceed *in forma pauperis* (IFP) on appeal, the Report and Recommendation of S. Kate Vaughan, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)     The Court ADOPTS the Report and Recommendation;

(2)     Respondent's IFP application, Dkt. 26, is DENIED;

(3)     Pursuant to Federal Rule of Appellate Procedure 24(a)(4)(A), the Clerk is directed to notify the parties and the Ninth Circuit Court of Appeals of the denial of the motion to proceed IFP on appeal; and

/ / /

/ / /

    (4)    The Clerk is directed to send copies of this Order to the parties and to the Honorable S. Kate Vaughan.

DATED this 5th day of April, 2024.

RICHARD A. JONES  
United States District Judge

ORDER DENYING APPLICATION TO PROCEED  
IN FORMA PAUPERIS ON APPEAL - 2