HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHANNA COPELAND, as guardian of Omana Thankamma,

    Petitioner,

v.

JAYAKRISHNAN NAIR,

    Respondent.

Case No. 2:23-cv-00190-RAJ

ORDER

This matter comes before the Court on Petitioner Channa Copeland's Motion for Attorneys' Fees and Costs (the "Motion," Dkt. # 49). Petitioner filed the Motion following this Court's order (the "Enforcement Order," Dkt. # 48) granting Petitioner's previous Motion to Enforce and Expand the Court's Vexatious Litigant Order (the "Enforcement Motion," Dkt. # 43) against Respondent/Defendant Jayakrishnan Nair. Pursuant to the Enforcement Order, Petitioner was awarded attorney's fees and costs "as a compensatory sanction for Defendant's civil contempt," and was directed to submit a motion and declaration of attorney's fees for determination of the award within thirty (30) days of the Enforcement Order. Dkt. # 48 at 9.

ORDER- 1

Petitioner has submitted documentation in support of her request for attorneys' fees and costs. Specifically, Petitioner has filed the declaration of Ermin Ciric, a senior partner at Des Moines Elder Law, in support of the Motion (the "Ciric Declaration," Dkt. # 50). The Ciric Declaration thoroughly and appropriately details each of the factors to be considered in determining the reasonableness of a requested fee under Rule of Professional Conduct 1.5. Dkt. # 50 at 3–11. The Ciric Declaration also appends itemized entries reflecting the legal work performed by counsel. *Id.* at 13–28.

Many of the entries submitted by counsel reflect work relating to the preparation of Petitioner's Enforcement Motion. *See, e.g.*, Dkt. # 50 at 14 ("[B]egin drafting Motion to Enforce Vexatious Litigant Order [1.1]"); 16 ("[R]eview prior declarations from opposing party and family for use in Motion to Enforce and Expand Vexatious Litigant Order [0.7]."). The Court will refer to this category of work performed as "Motion Preparation." Time spent on Motion Preparation is plainly appropriate for reimbursement, as is the modest total of $1,200.00 sought by counsel for the three estimated hours of work performed in connection with the instant Motion. *See* Dkt. # 50 ¶ 4.

Other entries appear to reflect efforts to monitor Defendant's filings across various jurisdictions—which Petitioner identified as potentially violative of the Court's initial Vexatious Litigant Order—as well as related developments in the relevant cases. *See, e.g.*, Dkt. # 50 at 14 ("Review Order dismissing from federal removal action, update instructions to staff."), 15 ("Review Nair's Petition for Hearing En Banc in Federal Court, instruct staff."), 16 ("[R]eview new Notices of Removal of Probate filed by Nair"), 17 ("[R]eview federal docket, note new Notice of Removal by Nair; instruct staff."). The Court will refer to this category of work performed as "Docket Research." Time spent on Docket Research is indirectly relevant to the preparation of the Enforcement Motion, as Defendant's objectionable filings were detailed therein, with relevant filings appended to Petitioner's related Request for Judicial Notice. *See* Dkt. # 43 at 8; Dkt. # 44. Accordingly, the Court concludes that fees related to Docket Research are reimbursable.

A third category of entries, however, appears to correspond not to mere *monitoring* of developments pending in other courts, but potentially to: (i) preparing and filing briefs and pleadings in other matters; and (ii) preparing for and attending hearings in other matters. These include the following entries:

| Date | Description of Time Performed | Amount Requested ($) | Citation |
|---|---|---|---|
| 03/14/25 | VMB: Submit working copies for hearing on 3/24/2025. | 69.00 | Dkt. # 50 at 16. |
| 03/17/25 | EC: . . . [E]xchange pre-hearing e-mails; prepare for and attend hearing to approve Probate Settlement Agreement, provide post-hearing update to staff. | unknown (block-billed with other, reimbursable tasks) | Dkt. # 50 at 16. |
| 03/17/25 | SRE: Review and upload Motion to Stay and Notice of Writ of Certiorari in guardianship matter [0.1]; e-mail VMB and EC regarding same [0.2]. | 63.00 | Dkt. # 50 at 16. |
| 03/21/25 | EC: Prepare Notice of Remand and Dismissal of Notice of Removal, e-file in VAPA. | 80.00 | Dkt. # 50 at 17. |
| 03/24/25 | SRE: Phone calls with VMB to discuss instructions for drafting Emergency Motion to Remand from EC [0.3]; review court files regarding same [0.1]; review and respond to e-mails from EC regarding same [0.1]; draft Emergency Motion for Remand and supporting documents [1.1]; e-mail VMB regarding same and request she continue drafting [0.2]. | 378.00 | Dkt. # 50 at 17. |
| 03/24/25 | EC: Prepare for and attend Zoom hearing to approve VAPA disbursement . . . prepare Proposed Order per Commissioner Judson's request, forward to clerk. | unknown (block-billed with other, reimbursable tasks) | Dkt. # 50 at 17–18. |

ORDER- 3

| Date | Description of Time Performed | Amount Requested ($) | Citation |
|---|---|---|---|
| 03/24/25 | VMB: . . . [C]onfer with SRE regarding Motion for Remand, continue to prepare Motion. | unknown (block-billed with other, reimbursable tasks) | Dkt. # 50 at 18. |
| 03/25/25 | VMB: Continue preparing Motion for Remand | 345.00 | Dkt. # 50 at 18. |
| 03/26/25 | VMB: . . . [P]repare Declaration of Mailing; assemble pleadings, prepare for mailing; serve pleadings to interested parties via U.S. Mail, e-mail, and e-service; e-file Declaration; receive and review e-mails regarding Ex Parte submission with Court; discuss strategy with EC and SRE regarding Federal Court striking Notices of Removal[.] | unknown (block-billed with other, reimbursable tasks) | Dkt. # 50 at 18. |
| 03/26/25 | SRE: Phone call from VMB regarding striking of opposing party's pleadings by Court of Appeals [0.1]; review e-mails from EC regarding same and status of trial court matter [0.1]. | 42.00 | Dkt. # 50 at 18. |
| 04/14/25 | VMB: . . . [R]eceive and review e-mails with Court Lapin regarding hearing, docket EC's calendar accordingly. | unknown (block-billed with other, reimbursable tasks) | Dkt. # 50 at 21. |
| 04/29/25 | VMB: Research Nevada District Court [.2]; confer with Administrator for Judge Youchah regarding Minute Order [.3]. | 115.00 | Dkt. # 50 at 21. |
| 04/30/25 | VMB: Prepare cover sheet of Nevada docket with Minute Order for EC's review. | 46.00 | Dkt. # 50 at 21. |
| 07/23/25 | SRE: Review and upload Motion to Waive Filing Fee in appellate matter [0.1]; review and respond to e-mail from EC regarding same [0.1]. | 42.00 | Dkt. # 50 at 26. |
| 07/24/25 | EC: Review court of appeals rulings on fee waivers, instructions to staff. | 40.00 | Dkt. # 50 at 26. |

| Date | Description of Time Performed | Amount Requested ($) | Citation |
|---|---|---|---|
| 07/24/25 | SRE: Review and respond to e-mail from EC regarding notices from Court of Appeals [0.1]; review and upload copies of same [0.1]; calendar court deadlines accordingly [0.1]. | 63.00 | Dkt. # 50 at 26. |

The Court acknowledges counsel's explanation that "work in other federal matters . . . ultimately relates to enforcement" of this Court's prior orders designating Respondent as a vexatious litigant. Dkt. # 50 at 2. However, the Court is cautious of the potential for double recovery that might ensue if it grants fees and costs requested in connection work performed in other matters. Accordingly, the Court directs Petitioner to submit, within **five (5) days of the entry of this Order**, a supplemental brief explaining, in detail, the specific basis for reimbursement for the above-identified entries. The supplemental brief should address, for each entry: (i) whether the work performed constitutes Motion Preparation and/or Docket Research (and if so, how); (ii) if it reflects neither, why reimbursement from this Court is appropriate, rather than from the presiding court; and (iii) the specific fee amount requested for each of the entries itemized in the above table for which the "Amount Requested" total is unknown to the Court due to block-billing. Counsel is alternatively free to withdraw any requests, including as to the above entries, without explanation.

IT IS SO ORDERED.

Dated this 8th day of January, 2026.

The Honorable Richard A. Jones
United States District Judge