HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHANNA COPELAND, as guardian
of Omana Thankamma,

          Petitioner,

    v.

JAYAKRISHNAN NAIR,

          Respondent.

Case No. 2:23-cv-00190-RAJ

ORDER

THIS MATTER comes before the Court on Petitioner Channa Copeland's Motion for Attorneys' Fees and Costs (the "Motion," Dkt. # 49). This Court partially granted the Motion on January 8, 2026, but directed supplemental briefing as to certain billing entries contained in the declaration filed in support of the Motion. Dkt. # 52. Petitioner subsequently filed a motion entitled "Supplemental Briefing in Response to January 8, 2026 Order" (the "Supplemental Briefing," Dkt. # 53).

The Supplemental Briefing adequately identifies several tasks, corresponding to a total of $275.00, as reflecting the category of work defined by the Court in its January 8, 2026 order as "Docket Research." Dkt. # 52 at 2; Dkt. # 53 at 3–4. In other words, these entries "reflect efforts to monitor Defendant's filings across various jurisdictions—which

ORDER – 1

Petitioner identified as potentially violative of the Court's initial Vexatious Litigant Order—as well as related developments in the relevant cases." Dkt. # 52 at 2. As the Court explained, Docket Research is "indirectly relevant to the preparation of the Enforcement Motion, as Defendant's objectionable filings were detailed therein, with relevant filings appended to Petitioner's related Request for Judicial Notice." *Id.* Fees related to Docket Research are therefore reimbursable. *Id.* Petitioner withdraws the remaining entries identified in the Court's January 8, 2026 order as requiring clarification (totaling $2,800.00). Dkt. # 53 at 2–3.

Having thus considered the Motion, the Supplemental Briefing, the relevant portions of the record, and the applicable law, the Court **GRANTS** Petitioner's revised request for attorneys' fees and costs in the amount of **$8,047.00**. This judgment shall bear interest at 12% per annum until paid in full.

Dated this 23rd day of January, 2026.

The Honorable Richard A. Jones
United States District Judge

ORDER – 2